AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMUEL BALDERAS ANDABLO,

    Petitioner,

              v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   5:26-cv-176

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 23, 2026, Petitioner's 28 U.S.C. § 2241 petition is

granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within

seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____
            HON. LISA GODBEY WOOD, JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA

_Feby 25, 2026_
**Date**

John E. Triplett, Clerk of Court
_____
_Clerk_

_____
_(By) Deputy Clerk_